CORNELL ET AL., APPELLANTS, *v.* PARSONS COAL COMPANY ET AL., APPELLEES.

[Cite as *Cornell v. Parsons Coal Co.* (1994), 71 Ohio St.3d 1207.]

(No. 93–1895—Submitted November 15, 1994—Decided December 14, 1994.)

*Schulman, Mestel & Burick Co., L.P.A., Allen Schulman, Jr.* and *Timothy B.
Saylor,* for appellants.

*Mansour, Gavin, Gerlack & Manos Co., L.P.A., Jeffrey M. Embleton* and *Roberta E. Blackham,* for appellees.

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.